```
             IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF COLUMBIA
```

David C. Sharp,                     :

    Plaintiff,                  :

    v.                          :   Case No. 1:07-CV-01668

                                      :

Kusam International Incorporated

    Defendant.                  :

## RETURN OF SERVICE

Attached hereto is the Affidavit of Service of Lloyd Ferguson, a private process server, indicating that he served defendant's resident agent, Louis Nichols, with the summons and complaint in the above matter on October 9th, 2007.

Date: October 11, 2007

                                                          Respectfully submitted:

                                                          /s/Joel R. Zuckerman
                                                          Joel R. Zuckerman
                                                          D.C. Bar No. 480152
                                                          Maxwell & Barke LLC.
                                                          51 Monroe Place, Suite 806
                                                          Rockville, Maryland 20850
                                                          (301)309-8300 (Voice)
                                                          (301)309-8303 (Facsimile)
                                                          Zuckerman@maxlaw.us

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:07-CV-01668

Plaintiff:
**David C. Sharp**

vs.

Defendant:
**Kusam International Incorporated**

Received by ESQ Process Servers to be served on **Kusam International Incorporated c/o Resident Agent, Louis Nichols, 7219 Western Avenue, NW, Washington, DC 20015**.

I, Lloyd Ferguson, being duly sworn, depose and say that on the **9th day of October, 2007** at **8:13 pm**, I:

served a **RESIDENT AGENT** by delivering a true copy of the **Summons in a Civil Case and Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **Louis Nichols** as **Resident Agent** at the address of: **7219 Western Avenue, NW, Washington, DC 20015** on behalf of **Kusam International Incorporated**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 10th day of October, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Comm Exp 1-1-2011

Lloyd Ferguson
Process Server

**ESQ Process Servers**
51 Monroe Street
Suite 708
Rockville, MD  20850
(301) 762-1350
Our Job Serial Number: 2007015344
Ref: David C. Sharp

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David C. Sharp

**SUMMONS IN A CIVIL CASE**

V.

Kusam International Incorporated

CASE   Case: 1:07-cv-01668
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 9/20/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Kusam International Incorporated
serve on the resident agent
Louis Nichols
7219 Western Ave, NW
Washington, DC 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel R. Zuckerman
Maxwell & Barke LLC
51 Monroe Pl, Ste 806
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

SEP 20 2007
DATE

(By) DEPUTY CLERK