United States District Court
District of Columbia

David C. Sharp

       V.

Kusam International, Inc.

                    Case No.: Case 1:07-cv-01668
                    Assigned to : Kollar-Kelly, Colleen
                    Assign Date: 09/20/2007
                    Description: Civil Rights-Non-Employ.

<u>**ANSWER TO COMPLAINT FOR DECLARATORY INJUCTIVE RELIEF**</u>

The Defendant Kusam International, Inc. through its Attorney states as under: -

<u>**Jurisdiction and Venue**</u>

Para 1 is admitted.

Para 2 is admitted.

Para 3 is admitted.

<u>**Parties**</u>

Para 4 is denied for lack of knowledge.

Para 5 is admitted.

<u>**The Restaurant is a Public Accommodation**</u>

Para 6 is admitted.

<u>**ADA Prohibition of Discrimination by Public Accommodation**</u>

Para 7 is admitted.

### Architectural Barriers to Access

Para 8 is denied in its entirety and all its section from a – g are denied specifically.

Para 9, the Defendant has not knowingly discriminated against any person especially persons with disability.

### Failure to Remove Barriers and/or Modify Policies: Unlawful Discrimination

Para 10, the Defendant is not in violation of Title III of ADA specifically 42 U.S.C. 12182(b)(2)(A) .

### Standing: Sharp's Visit and Intention to return to the Restaurant

Para 11 is denied for lack of knowledge.

Para 12 is Denied for lack of knowledge.

The Defendant is in full compliance with ADA and if at all there are Minor infractions he is willing to fix and be in compliance with ADA. The suit may please be dismissed with costs as Defendant is voluntarily fixing or willing to fix the Minor infections in compliance with ADA.

Raj K. Bhagat