UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID C. SHARP<br><br>    Plaintiff,<br><br>    v.<br><br>KUSAM INTERNATIONAL INCORPORATED<br><br>    Defendants. | Civil Action No. 07-1668 (CKK) |

**ORDER**

On February 7, 2008, Plaintiff's Counsel informed the Court in a telephonic conversation that the parties had reached a settlement in principle in the above-captioned case. Pursuant to that conversation, it is, this 7th day of February, 2008, hereby

**ORDERED** that the Initial Scheduling Conference set for Friday, February 8, 2008 is VACATED; it is further

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until March 24, 2008. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

               /s/
    COLLEEN KOLLAR-KOTELLY
    United States District Judge